**Deny and Opinion Filed April 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00418-CV

### IN RE MICHAEL D. WILLIAMS, Relator

**Original Proceeding from the County Criminal Court of Appeals No. 2
Dallas County, Texas
Trial Court Cause No. MB92-39325-M**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang, and Justice Brown
Opinion by Chief Justice Wright

In this petition for writ of mandamus, relator requests that we order the trial court to rule on his November 11, 2015 motion to vacate the judgment convicting him of misdemeanor driving while intoxicated and his February 17, 2016 petition for writ of habeas corpus concerning the same misdemeanor offense. The petition for writ of mandamus is not certified as required by the rules of appellate procedure and does not include the supporting documents required by the rules of appellate procedure. *See* TEX. R. APP. P. 52.3(j), 52.3(k), 52.7. The absence of a supporting record is fatal to the petition. As the party seeking relief, the relator has the burden of providing the Court with a sufficient record to establish his right to mandamus relief. *Lizcano v. Chatham,* 416 S.W.3d 862, 863 (Tex. Crim. App. 2011) (orig. proceeding) (Alcala, J. concurring). He has not done so in this case.

We **DENY** the petition.

/CarolynWright/

CAROLYN WRIGHT
160418F.P05                                    CHIEF JUSTICE